IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE DENNIS ROUNDS, Jr.,

    Plaintiff,                    2:06-cv-1296-GEB-EFB-P

    vs.

SUSAN FISHER, et al.,

    Defendants.           <u>ORDER</u>

    On September 11, 2006, plaintiff filed a motion for reconsideration of the magistrate judge's August 30, 2006, order dismissing plaintiff's complaint with leave to amend. A magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Local Rule 72-303(f). The court has reviewed the entire file and finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

    Therefore, IT IS HEREBY ORDERED that the August 30, 2006, order of the magistrate judge is affirmed.

Dated: September 5, 2007

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge